IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDA MARIE V.,

    **Plaintiff,**

vs.                                                       Case No. 1:24-cv-00089-KRS

MARTIN O'MALLEY,
Commissioner of Social
Security,

    **Defendant.**

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 17), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

                                                           _____
                                                           HONORABLE KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE

Submitted by:

   /s/*Michelle C. Verdis*
   MICHELLE C. VERDIS

   ATTORNEY FOR DEFENDANT

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Approved by:

    <u>/s/ *electronically approved* 7/9/2024</u>
    LAURA JOELLEN JOHNSON
    ARMSTRONG JOHNSON LAW, LLC

    ATTORNEY FOR PLAINTIFF